AUG-07-2006  15:35                                              P.02

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, CA 95113-2009
      Telephone: 408-535-5087
6     Facsimile: 408-535-5081
      E-mail: chinhayi.j.coleman@usdoj.gov
7
   Attorneys for Defendant JOHN E. POTTER, Postmaster General
8
9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   STELLA U. ONUAGULUCHI,            )   No. C 05-2261 PJH
13                                   )
           Plaintiff,                )   STIPULATION AND [PROPOSED]
14                                   )   ORDER OF COMPROMISE
       v.                            )   SETTLEMENT
15                                   )
   JOHN E. POTTER, Postmaster General,)
16                                   )
           Defendant.                )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
   C 05-2261 PJH

1      IT IS HEREBY STIPULATED by and between the parties, after full and open discussion,

2   that the present action be settled and compromised on the following terms:

3         1.      Plaintiff has executed Postal Service PS Form 2574, "Resignation From the Postal

4   Service," a copy of which is attached to this agreement as Attachment A. The "Resignation

5   From the Postal Service" form states that Plaintiff resigns from the Postal Service effective

6   July 1, 2005. Plaintiff agrees that she will not apply for employment with the Postal Service for a

7   period of 10 years from July 1, 2005. If Plaintiff does apply for employment with the Postal

8   Service during that time period, the Postal Service will discard the employment application and

9   will not take any action on it. The Postal Service will rescind Plaintiff's removal from

10  employment effective July 1, 2005, and will issue PS Form 50, "Notification of Personnel

11  Action," which will state that Plaintiff resigned from employment effective July 1, 2005. The

12  Postal Service's recision of Plaintiff's removal is in exchange for Plaintiff releasing and

13  dismissing all claims for compensatory and special damages, back pay, front pay, interest,

14  attorneys' fees, costs, restitution and any other form of legal or equitable recovery relating to her

15  employment with the Postal Service. The parties understand that this recision of Plaintiff's

16  removal includes full satisfaction of all claims for attorneys' fees and costs arising from work

17  performed by plaintiff's counsel at all stages of this litigation, including, but not limited to, the

18  processing of the plaintiff's administrative and district court complaints in connection with the

19  present action.

20        2.      Plaintiff Stella Onuaguluchi will accept the terms described in Paragraph 1 above

21  in full settlement and satisfaction of any and all claims and demands which she, her successors or

22  assignees may now have or hereafter acquire against the defendant John Potter, the Postal

23  Service, or any of its past and present officials, agents, employees, attorneys, or insurers, on

24  account of the events described in plaintiff's pleadings in the present action, or as a result of any

25  other action or conduct by the Postal Service, its past and present officials, agents, employees,

26  attorneys, or insurers that occurred prior to the execution of this Agreement.

27

28

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
C 05-2261 PJH

1

3.     In consideration of this Agreement and the terms described in Paragraph 1 above, Plaintiff agrees that upon notification that the PS Form 50 showing the resignation is ready for delivery, she will deliver to Defendant's counsel a fully executed Notice of Dismissal with prejudice of Case Number C 05-2261 PJH, Onuaguluchi v. Potter.  Upon delivery of the Notice of Dismissal, Defendant's counsel will release the PS Form 50 to Plaintiff's counsel.

4.     Plaintiff Stella Onuaguluchi will withdraw and/or shall take whatever steps are necessary to obtain the dismissal with prejudice of any pending charges of discrimination, complaints, suits, and any other action or proceeding filed by her or on her behalf with any local, state, and/or federal agency, commission, board, department, court, and/or any other tribunal against the Postal Service, its past and present officials, agents, employees, attorneys, or insurers. Plaintiff Stella Onuaguluchi will withdraw and/or shall take whatever steps are necessary to obtain the dismissal with prejudice of all of her administrative EEO cases, including but not limited to the following: Stella Onuaguluchi v. Potter, 1F-934-0034-06; 1F-946-0018-06; 1F-946-0072-05; 1F-946-0079-04; 1F-946-0088-03; Pre-Complaint Counseling # Pre-012890-2006; and Pre-Complaint Counseling # Pre-014272-2006.  Plaintiff Stella Onuaguluchi will withdraw and/or shall take whatever steps are necessary to obtain the dismissal with prejudice of all of her administrative Merit Systems Protection Board cases, including but not limited to the following: Stella U. Onuaguluchi v. United States Postal Service, MSPB Docket No. SF-0752-06-0028-I-1. Plaintiff Stella Onuaguluchi agrees that she has not filed and will not file any other charges, complaints, lawsuits, or other claims that relate to any action or conduct by the Postal Service, its past and present officials, agents, employees, attorneys, or insurers that occurred prior to the execution of this Agreement.

5.     Plaintiff Stella Onuaguluchi hereby releases and forever discharges defendant John Potter, the Postal Service, and any and all of its past and present officials, agents, employees, attorneys, insurers, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, by which

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
C 05-2261 PJH

1   she now owns or holds or has at any time owned or held against the Postal Service, including but

2   not limited to contract, tort, Title VII of the Civil Rights Act of 1964, as amended, the

3   Rehabilitation Act, the Age Discrimination in Employment Act, as amended, and the Employee

4   Retirement Income Security Act, or any other charge or complaint filed now or later by plaintiff

5   against the Postal Service with any government agency or court arising out of or in any way

6   connected with any loss, damages, or injury whatever, known or unknown, suspected or

7   unsuspected, resulting from any act or omission by or on the part of the Postal Service committed

8   or omitted prior to the date this Agreement is executed.

9        6.      The provisions of California Civil Code Section 1542 are set forth below:

10               "A general release does not extend to claims which the creditor

11               does not know or suspect to exist in his favor at the time of

12               executing the release, which if known by him must have materially

13               affected his settlement with the debtor."

14   Plaintiff has been apprised of the statutory language of Civil Code Section 1542 by her attorneys,

15   and fully understanding the same, nevertheless elects to waive the benefits of any and all rights

16   she may have pursuant to the provision of that statute and any similar provision of federal law.

17   Plaintiff Stella Onuaguluchi understands that, if the facts concerning plaintiff's claims and the

18   liability of the government for damages pertaining thereto are found hereinafter to be other than

19   or different from the facts now believed by them to be true, this Agreement shall be and remain

20   effective notwithstanding such material difference.

21        7.      This Agreement may be pled as a full and complete defense to any subsequent

22   action or other proceeding involving any person or party which arises out of the claims released

23   and discharged by the Agreement.

24        8.      This is a compromise settlement of a disputed claim and demand, which

25   settlement does not constitute an admission of liability or fault on the part of the defendant John

26   Potter, the Postal Service, or any of its past and present officials, agents, employees, attorneys, or

27   insurers on account of the events described in plaintiff's complaint in the present action.

28

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
C 05-2261 PJH

3

1  9.  Plaintiff Stella Onuaguluchi has been informed that issuance of the PS Form 50

2 may take sixty days or more to process, but defendant agrees to make good faith efforts to

3 expeditiously generate the PS Form 50.

4  10.  The parties specifically acknowledge that, with respect to the portion of Plaintiff's

5 complaint that alleges age discrimination, Plaintiff has preserved the following rights and

6 responsibilities through the execution of this Agreement:

7  a.  That Plaintiff has thoroughly reviewed the entire Agreement and understands its

8    provisions;

9  b.  That Plaintiff has not waived any rights or claims that may arise after the date this

10    Agreement is signed;

11  c.  That Plaintiff has the right and is encouraged to consult with an attorney prior to

12    signing the Agreement;

13  d.  That Plaintiff has a period of twenty-one (21) days to consider the Agreement;

14    and,

15  e.  That Plaintiff will have seven (7) days following the execution of the Agreement

16    to revoke the Agreement and that the Agreement will not become effective or

17    enforceable until the seven-day revocation period has passed.

18  11.  The parties agree that should any dispute arise with respect to the implementation

19 of the terms of this Agreement, the plaintiff shall not seek to rescind the Agreement and pursue

20 her original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the

21 Agreement in district court. The parties agree that the district court will retain jurisdiction over

22 this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

23  12.  Each party hereby stipulates that it has been represented by and has relied upon

24 independent counsel in the negotiations for the preparation of this Agreement, that it has had the

25 contents of the Agreement fully explained to it by such counsel, and is fully aware of and

26 understands all of the terms of the Agreement and the legal consequences thereof. It is

27 acknowledged that the parties hereto have, through their respective counsel, mutually

28

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
C 05-2261 PJH
           4

1   participated in the preparation of this Agreement, and it is agreed that no provision hereof shall

2   be construed against any party hereto by virtue of the activities of that party or its attorney.

3        13.    If any provision of this Agreement shall be invalid, illegal, or unenforceable, the

4   validity, legality, and enforceability of the remaining provision shall not in any way be affected

5   or impaired thereby.

6        14.    This instrument shall constitute the entire Agreement between the parties, and it is

7   expressly understood and agreed that the Agreement has been freely and voluntarily entered into

8   by the parties hereto with the advice of counsel, who have explained the legal effect of this

9   Agreement. The parties further acknowledge that no warranties or representations have been

10  made on any subject other than as set forth in this Agreement. This Agreement may not be

11  altered, modified or otherwise changed in any respect except by writing, duly executed by all of

12  the parties or their authorized representatives.

13

14  Dated: August _14_, 2006

15                                          STELLA U. ONUAGULUCHI
                                            Plaintiff
16

17                                          LAW OFFICES OF CURTIS G. OLER

18  Dated: August _21_, 2006

                                            CURTIS G. OLER
19                                          Attorney for Plaintiff Stella Onuaguluchi

20  Dated: August _22_, 2006               KEVIN V. RYAN
                                            United States Attorney
21

22                                          CHINHAYI J. COLEMAN
                                            Assistant United States Attorney
23

24                                          [PROPOSED] ORDER

25      PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: _8/24/06_____

27                                          PHYLLIS J. HAMILTON
                                            United States District Court Ju...
28

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
C 05-2261 PJH

                             5

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT • NORTHERN • CALIFORNIA

# ATTACHMENT A

United States Postal Service.

# Resignation From the Postal Service

> Complete items 1-10 and submit this form to your immediate supervisor, tour superintendent, or other official designated to receive resignation.

The collection of this information is authorized by 39 USC 1001. This information will be used to finalize the record of your employment with the Postal Service. As a routine use, this information may be disclosed to an appropriate law enforcement agency for investigative or prosecutive purposes, to a congressional office at your request, to OMB for review of private relief legislation, to any agency, where relevant in hiring, contracting or licensing, to a labor organization as required by the NLRA, to the EEOC when investigating an EEO complaint, and where pertinent, in a legal proceeding to which the Postal Service is a party.

| 1. Installation or Station | | 2. Date Submitted | 3. Printed Name (Last, First, Middle) |
|---|---|---|---|
| Oakland P & DC. | | August 8, 2006 | Omuagulushi, Stella U. |
| 4. Social Security Number | 5. Tour | 6. Mailing Address (House/Apt. No., Street, City, State and ZIP + 4) | |
| ▬▬▬ | 2 | 7070 Via Del Mar Rancho Palos Verdes, CA 90275-5371 | |

7. Reason(s) for Resignation (Give specific reason(s) for your resignation. Avoid generalized reasons such as, "Ill Health," "Personal Reasons," etc. Use reverse for additional remarks.)

I wish to resign from employment with the Postal Service effective July 1, 2005

| 8. Signature | 9. Effective Date of Resignation | 10. Supervisor |
|---|---|---|
| _(signature)_ | July 1, 2005 | Nathan Griffin |

PS Form 2574, November 1999

TOTAL P.09