UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STELLA ONUAGULUCHI,
        Plaintiff(s),                     No. C 05-2261 PJH

v.                             **ORDER OF DISMISSAL**

JOHN POTTER, Postmaster General,

        Defendant(s).
_____/

      The parties hereto, by their stipulation and order of compromise, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

      SO ORDERED.

Dated: August 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1