1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, CA 95113-2009
      Telephone: 408-535-5087
6     Facsimile:  408-535-5081
      E-mail:  chinhayi.j.coleman@usdoj.gov
7
   Attorneys for Defendant JOHN E. POTTER, Postmaster General
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   STELLA U. ONUAGULUCHI,           )   No. C 05-2261 PJH
13                                  )
        Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~]
14                                  )   ORDER FOR DISMISSAL WITH
        v.                          )   PREJUDICE
15                                  )
   JOHN E. POTTER, Postmaster General, )
16                                  )
        Defendant.                  )
17  _____)

18
19
20
21
22
23
24
25
26
27
28
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
   C 05-2261 PJH

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Stella U. Onuaguluchi and Defendant JOHN E. POTTER, Postmaster General, stipulate to the dismissal with prejudice of <u>Onuaguluchi v. Potter</u>, C 05-2261 PJH. Each party will bear its own costs.

LAW OFFICES OF CURTIS G. OLER

Dated: October 13, 2006

_____
CURTIS G. OLER
Attorney for Plaintiff Stella Onuaguluchi

Dated: October 13, 2006

KEVIN V. RYAN
United States Attorney

_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/20/06



PHYLLIS J. HAMILTON
United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 05-2261 PJH

1